```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/2/2010
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RENZER BELL,

               Plaintiff,          06 Civ. 470 (JGK)

    - against -              ORDER

GOTHAM PROCESS SERVICE, INC., ET AL.,

               Defendants.

JOHN G. KOELTL, District Judge:

The plaintiff failed to respond timely to the motion for summary judgment. The Court extended the time to respond to March 15, 2010 and again the plaintiff failed to respond.

The plaintiff's time to respond is extended a second time to **April 16, 2010**. If the plaintiff fails to respond to the motion by that date, the Court will decide the motion on the basis of the papers submitted by the defendants.

The defendants are directed to verify that the motion for summary judgment was served on the plaintiff at his current address, which is 5736 Cleveland Road, Jacksonville, FL 32209. The defendants should notify the Court by **April 5, 2010** that the plaintiff was served at the correct address.

SO ORDERED.

Dated:    New York, New York
         April 1, 2010

                                      John G. Koeltl
                              United States District Judge